IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : INDICTMENT |
| | : |
| v. | : CRIMINAL NO. 7:22-CR-62 |
| | : |
| ARLON FREDERICK and TAMESHA ROBINSON, | : VIOLATION(S): |
| | : |
| | : 18 U.S.C. § 922(a)(6) |
| Defendants. | : 18 U.S.C. § 922(g)(1) |
| | : 18 U.S.C. § 924(a)(2) |
| | : 18 U.S.C. § 924(d)(1) |
| | : 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

COUNT ONE
(Possession of a Firearm by a Convicted Felon)

That on or about August 1, 2020, in the Valdosta Division of the Middle District of Georgia, the Defendant,

ARLON FREDERICK,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one (1), purple SCCY CPX-1 9mm handgun, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO
(False Statement During Purchase of a Firearm)

That on or about June 24, 2022, in the Valdosta Division of the Middle District of Georgia, the Defendant,

**TAMESHA ROBINSON,**

in connection with the acquisition of a firearm, one (1), black Glock 17 9mm handgun from First Choice Jewelry and Pawn, Inc at 1520 N. Ashley Street, Valdosta, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to First Choice Jewelry and Pawn, which statement was intended and likely to deceive First Choice Jewelry and Pawn, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473 in which represented that she was the actual purchaser of said firearm when in fact as the defendant then know the actual purchaser was Arlon Frederick; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT THREE**
**(Possession of a Firearm by a Convicted Felon)**

That on or about July 20, 2022, in the Valdosta Division of the Middle District of Georgia, the Defendant,

**ARLON FREDERICK,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one (1), black Glock 17 9mm handgun, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT FOUR**
**(Misleading Conduct)**

That on or about August 8, 2022, in the Valdosta Division of the Middle District of Georgia, the Defendant,

**TAMESHA ROBINSON,**

Did knowingly engage in misleading conduct toward Calvin Manac by falsely stating that Frederick did not accompany her to the store when she purchased the firearm described in Counts Two and Three and that during the lead up to the purchase of the firearm described in Counts Two and Three that she did not hand a firearm to Frederick, said statements having been made with the intent to hinder, delay, and prevent the communication to a judge of the United States information related to the commission and possible commission of a Federal offense, to wit: violations of Title 18, United States Code, Sections 922(a)(6) and 922(g)(1); all in violation of Title 18, United States Code, Section 11512(b)(3).

**FORFEITURE NOTICE**
**(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)**

1. The allegations contained in Counts One through Three of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) set forth in Counts One and Three; and/or Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) set forth in Count Three of this Indictment, the defendant(s),

**ARLON FREDERICK, and**
**TAMESHA ROBINSON**

shall forfeit to the United States of America any firearms and ammunition involved in the commission of the offense(s) pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented By:

Leah E. McEwen
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14 day of Dec, AD 2022.

Deputy Clerk